IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENNA JO TRAMELL,

    Plaintiff,     No. CIV-09-1470 GEB EFB PS

    vs.

THE GOLDEN 1 CREDIT UNION,

    Defendant.     <u>ORDER TO SHOW CAUSE</u>

    /

This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On May 28, 2009, plaintiff filed a complaint and motion to proceed *in forma pauperis* in this action, and on June 4, 2009, this court granted plaintiff's motion. Dckt. Nos. 1-3. On January 27, 2010, defendant filed a motion to dismiss plaintiff's complaint, and noticed the motion for hearing on March 3, 2010. Dckt. No. 13.

Court records reflect that plaintiff has filed neither an opposition nor a statement of non-opposition to the motion. Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by February 17, 2010. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has

1

not been timely filed by that party."

Local Rule 183, governing persons appearing in pro se, provides that failure to comply with the Federal Rules of Civil Procedure and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (noting that pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor).

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on defendants' motion to dismiss is continued to April 7, 2010 at 10:00 a.m. in Courtroom No. 24.

2. Plaintiff shall show cause, in writing, no later than March 17, 2010, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

3. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than March 17, 2010. Failure of plaintiff to file an opposition will be deemed a statement of non-opposition to the pending motion, and may result in a recommendation that this action be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

4. Defendant may file a reply to plaintiff's opposition, if any, on or before March 24, 2010.

SO ORDERED.

DATED: February 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE